IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Cindy I Young 87556　　　　)
(full name)　　　(Register No).　)
CCC 3151 Litton Rd 8-CRm 134 )
Chillicothe Correctional Center )
Chillicothe, Mo 64601　　　　)　Case No. _____
　　　Plaintiff(s).　　　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
Greg Murphy, Chaplain　　　　)　Defendants are sued in their (check one):
(Full name)　　　　　　　　　)　____ Individual Capacity
(see attached list)　　　　　　)　____ Official Capacity
　　　　　　　　　　　　　　　)　____ Both
　　　Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.　Place of present confinement of plaintiff(s): _____
CCC 3151 Litton Rd Chillicothe, Mo 64601

II.　Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

　　A. Plaintiff  Cindy I Young　　　　　Register No. 87556
　　　Address _____

　　B. Defendant  Greg Murphy + staff members listed see attachment
　　　　　　　　　_____
　　　Is employed as  Chaplain

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

# List of Plaintiff's

☆ IRR's have been filed on Mr. Murphy

☆ Myself — Cindy Young
☆ Keyona Williams
☆ Verdia Miller
   Debra Tullis
☆ Esther Wadley
☆ Monica McCarty
☆ Margret Hodges
☆ "GiGi"/Glenda Grimes • on parole will testify
   Jennifer Landing or Lanning • on parole will testify

# I - B
## Additional Defendants

1. COI Mr. Alexander
2. COI Mr. Dysert

> posted directly at the Chaplains office, doorway in site of chapel office, all workers and activities, in ear shot and sight

Was present at violent verbal screaming, told not to hire me, etc.
Worked the same location since all this began.

3. IRR resolution officers over these years in question.
4. Ms Simpson   IAC, Patch, 4-H, SFTS, Scared Straight
    VIC approval, Fundraisers, (etc.) Caroling
    Banquets, Food Drives,

Office is connected to the Chaplains area/office. Friends with Chaplain Murphy, There offices interact and they intermingle, overlap and advise or support or harrass or punish offenders due to one others negitive treatment or dislike or measured offense toward an offender(s) as a team or "brother hood" type retailation with a high level of unprofessionalism + negitive conduct or direct harm.

Have a list of directly affected offenders and seperate situations to present at trial
And a list of staff that know this and will testify.

I-B continued

Doug Warsham   Spiritual Programming
              Mr. Murphys Supervisor
              Office in Jefferson City, Mo. 65102
PO Box 236         573.526.6489

Covers up and allows or aids in this on-going behavior.
Has visited often, Seen IRR's and complaints recieved kites + letters from offenders. has never once responded or found anything wrong with the on-going behavior, never addressed the rage, anger, exclusion of offenders in the groups or activities in any service or group that has complained, written or wrote IRR's never over viewed any of the inaccurate bookwork or counts of low attendance or that Mr. Murphy conducted services or kept groups out, or that changes in normal banquet routines or the exclusions of offenders in those venues were never properly monitored or were the cooked-books and fake counts that did direct harm to numerous offenders ever looked upon as I'm sure protacal allows for- No fail safes or checks were maintained

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $ 250K / 150K (actual/punitive) on each staff individual or officer or DOC. seperately

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___ each year plus on-going abuse + exclusion

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
attached

D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
   (Plaintiff)         (Defendant)
(2) Date filed: _____

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
      (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
       (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim: Made my imprisonment more burdensome than the law allows Abuse of Authority Spiritual & Emotional Harm. Direct refusal of Christian General activities surrounding my expression of faith

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Since Chaplain Murphy has taken this position as chaplain he has continued to treat me and others with deliberate indifference all listed in this motion. I and the other women have followed proper procedure, but the prison officials that could stop this have instead become a party to cover-up and allow Mr. Murphy to continue his direct harm and unprofessionalism He has displayed wild rage, violent behavior and staff have witnessed this numerous times and were present on many occasions. And in fact these staff members have went to great lengths to cover for him and have not used designated reporting to stop any of this when it is mandatory to do so and instead turn a blind eye or join in with their own co-conspiracy or extend his directives of additional abuse on us

B. State briefly your legal theory or cite appropriate authority:
Campaign of harrassment within the staff "brotherhood" mentality Deliberate indifference, failure to respond + on many occasions encouraged psychological abuse Guards, officers, Staff in the same direct areas should have taken action instead of disregarding the risk of my safety or others
Causation. Chaplain Murphy mets, grooms privately hires offenders he can prey upon or groom into doing unethical things looks for certain types of women to privately counsel, work, etc. Creates make believe positions for workers that submit even ones who by the institutional rules were to change positions, or has a job, but works for him. This will be direct testamony at trial and past workers, and witnesses who will verify.

3

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
　　　　　　　　(Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
　　　　　　　　(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim: Abuse of Authority! Spiritual Harm & Expression and refusal of Christian General activities surrounding my religion + expression made my imprisonment more burdensome than the law allows.

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Since Chaplain Murphy has taken this position as chaplain he has treated me and others deliberate indifference to me + the other offenders listed herein. I have notified by record + due process the prison officials that could stop this for redress of our grievances of our 1st, 5th and 14th ammendment rights. By doing this nothing has changed and in fact direct retaliation + harm has instead occured to each of us. As well as an extended protected conduct of harm by others surrounding the Chaplain which has caused us to experience a campaign of harrassment and a cover-up of the Chaplains conduct of threats, rage, violent behavior and failure to report this to their immeadte supervisors when such a process is in place to report this abuse. When they themselves were present during verbal assaults, threats + humiliations in public -

B. State briefly your legal theory or cite appropriate authority:

COI - Mr Alexander, Mr Dysert COI - Campaign of harrassment and fellow co-worker "brotherhood mentality" Deliberate indifference, failure to respond, + in fact encourged psychological abuse. Guard, staff should have taken action instead of disregarding the risk of my safety. Causation. Kept from a porter job see attached job change

Ms Simpson IAC, SFTS - Additional harrassment from fellow coworker + friend. + forced us to have contact with the Chaplain in non-spiritual groops without prior knowledge Stand for The Silent Banquet, Christmas Caroling rehearsals, etc. Withholding SFTS fundraiser item to punish me directly. And leaving me off of her docket, voting and Banquet to punish me at Mr Murphys request - She backs his treatment of us and has gone out of her way to punish me further to cause even more direct harm and harrassment theres a current situation Ms Herring can tell you about as well as Mr Anderson case worker on 7H. Who is just now trying to stop her harrassment by my filing a current IRR at Ms Herrings request via Mr. Anderson. IRR # CCC 17-905.

3

III. Do your claims involve medical treatment?   Yes ____   No  X

IV. Do you request a jury trial?   Yes X   No ____

V. Do you request money damages?   Yes X   No ____

State the amount claimed?   $250K / 150K (actual/punitive) each individual officer or staff

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes X   No ___

VII. Grievance procedures: Mrs Ireland who allows this when we have all She allows this to continue over+over! Complained + filed IRR

A. Does your institution have an administrative or grievance procedure?   Yes X   No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes X   No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
*numerous: CCC-14-770 conducting services + forcing our attendances keeping us from: Job, choir, Banquets, weekend events, nominations, positions in service: decoration committee, Baptisms, Usher, Greeter, Speaker, facilitator, etc CCC 14-734 Placing me+others in the hole. See others grievances + IRRs

D. If you have not filed a grievance, state the reasons. Warden after warden other times I've dropped kites to the Acting Warden Mrs Herring who investigated or transferred the complaint/situations to the FUM Mrs Packey 7H, or to the in house investigators or to the warden(s) and directly to the main office in Jefferson City to Doug Warsham Chaplain Murphys

VIII. Previous civil actions: direct Boss in Spiritual Services (who covers up for him)

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ____   No X

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ____   No X

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
   (Plaintiff)         (Defendant)
(2) Date filed: _____

2

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

To allow me to express as anyone else areas of praise and worship and service and fellowship to my Lord and Savior as allowed in the Christian General capasities. To compensate and relieve my pain and spiritual suffering and humiliation and expression (imitation) of my Christian faith. To stop the treatment + harrassment I have suffered for years now by his co-workers + friends who harm + harrass me + others because of our Ieers + how we are treated diffrently purposefully as sport.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. no

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?    Yes ___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _____ day of _____ 20__.

_Cindy Young_
Signature(s) of Plaintiff(s)

4

Mr Alexander COI. Held the Door for me to escape Chaplian Murphys Rage+Verbal assalt that could be heard in the Barber shop where COI Jarvis(UH) co heard it. Mr Alexander had to intervien + call my Job because the chaplain was holding me "hostage" screaming and ranting that they could have him down at the office - captians - so he got Murphy to let up on me so they other officers wouldn't show up. Protects the Chaplian when he has certian offenders in his office unchapparoned + unusual during hours-

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

90 day Preliminary TRO from Murphy, Dysert, Alexander, Simpson from the area they work Rec | Chapel area to keep direct harm from myself + all the others Compensatory Damages from Cruel + Unusual Punishment. For me to be allowed to sing in the chior as my right to worship. Punitive Relief on the guilty parties

XI. Counsel: that caused deliberate indifference + aided + protected Murphy. For Murphy to be fired or/and suspended until court.

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. no

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes___ No _X_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?  Yes___ No _X_

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _____ day of _____ 20__.

_Cindy I Young_
Signature(s) of Plaintiff(s)

4