SCANNED at CCC and E-mailed
1-8-18 by 88 . 33 pages
date    initials    No.

additions to filing of. Young v. Murphy
et al

Case # 5:17-cv-06156—GAF

The following information was omitted
from the original e-file sent on 12/29/17
Please add to the original filing and
return a copy of the completed file
to me by mail as the e-fax
is in Ms Simpson's control at times
due to the IAC/RJO shared space.
This would further compormize my
case and I would rather receive the
file as unopened legal mail. If
at all possible. — Thank you,
Cindy Young

Chaplain Murphy   since 2013

No Confidentiality

We have lost the inner workings of the core of Christian General

No Greeters , No Ushers   these are pay slots at other prison

No Prayer Time open chapel

No Christian Vedio's or Movie Times

Not allowed any cross out for service

No Christmas themed decorations for Christmas  No Tree eith

Doesn't make regular rounds to In Bound Hospice or TCU

Won't go to the hole  unless badgered to come.

Refuses for Viewing a Funeral ●DVD sent in (doesn't have time

Exclude offenders from chior

Told a _recently_ raped offender (name firnished) upon request if

her body responded in any way its not rape. Get over it!

Library hours  varies at his wim

Open door    "   "   "   "   or not at all or used thing els for some

( We are over populated so that is worse.

Holds a  slot  1st Sunday & "Preaches" low attendance mean

nothing. Dozens of people who are wanting to come in can't.

Takes off early & uses his hours to do that on that Sunday.

Left his white shirt sgt job to make more money & he doesnt

even get his paperwork for groups, or weekend events in

On 2/5/17 We had a Kiaros Reunion 94 of us.  Not one call

out docket for any of us.  4 VICS paperwork was not done so

they couldn't get in.   Months ago no Picture of #9 Kiarios

Weekend 3 mos ago has ever been made available for printing

He purposefully messes up and or prolongs inmates weddings

(names firnished upon request)

Keeps certian offenders from working at the Rec (Hallway areas

if they ever IRRed him or had "issues" he didnt like.
Lets non-believers athiests work in the christian positions
Library worker, reception area, porter,
Chose's or elimanates certian women. excluding them for
personal reasons. Verdia Miller, Cindy Young, Esther Wadley, Debra
Tullis, Due to filing IRR's on him. As-pay backs.
Bars them from christian events & banquets. Sets limits
Erases names from Sign-in sheets so attenance requirement
he sets are 1 short from allowing offender to attend an event.
We lost huge events since he became chaplain:
Outdoor concerts    christian groups & speakers
All Nighttime events    christian plays or musicals & groups
No Christian (special) Christmas music or skits  Cornerstone
Groups                    are not allowed in who try to come.
                                                    or anyone
**\*** Fired Up ~~was amazing~~    Even from Staff recommendations
      ~~& changed~~ ~~many women~~
lists available upon request.
When we suggest or let a Vic know theres an opening we
are retaliated on. Such as the 1st Sunday opening he took
when there was a Baptist minister from St Joseph, Mo. who
wanted the spot. He went crazy on some of us! IRR was
filed.
He's had so many IRR's on him. This place could care less!
Banquet #'s for our Members is so low he excludes all he
can. Jesus is about the mass. Not exclusion Anyone that
is a Christian General should be allowed to attend but sinc
2012 its not been that way.
This chaplain says we have no church its a building
That the chior is His chior he will put who he wants
in it. And he doesn't have to have a chior.



# C.L.E.A.R. Line

## CONFIDENTIAL LINE FOR EMPLOYEE ALLEGATIONS AND REPORTING

The department has **ZERO TOLERANCE** for failing to report discrimination, harassment, retaliation, or unprofessional conduct. Every employee is responsible for ensuring that all interactions within the workplace — whether with offenders, visitors, or other employees — is professional and respectful.

If you experience or observe any form of verbal or nonverbal discrimination, harassment, retaliation, or unprofessional conduct you can report it in any of the following ways:

- Through your chain of command
- By contacting your Civil Rights Officer
- By calling the C.L.E.A.R. Line to make a confidential report to the Office of Professional Standards. *Matt Briesacher*
  *573.526.6474*
  *PO Box 236 Jefferson City 65102*

Call the C.L.E.A.R. Line at:

# 573-526-7000 or Toll Free: 1-855-773-6391

You can also send an email to **professional.standards@doc.mo.gov.**



**Missouri Department Of Corrections**
Office of Professional Standards



| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| Ccc-16-569 | ICCC16-569 | 9-6-16 |

**INSTITUTION USE ONLY**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Young, | Cindy | 87556 | 5 | | CCC |

**OFFENDER GRIEVANCE/REQUEST**

The so called agreement your response mentioned is over 2 years old. And no longer applies to the present situation. He also verbally said I could return since that agreement in 4/14/14 and then invented situations to keep me from being able to sign a new "agreement." The Warden (You) had received notes after notes, letters, kites and complaints about this staff member over and over since you arrived here in Sept of 2014 or there about so this facility is very aware of this staff members attitude and failure to do his job of Chaplain properly or correctly here at CCC. Then you wonder why these women keep returning. Even Ms Simpson regrets recommending him

| OFFENDER SIGNATURE | DATE |
|---|---|
| Cindy Young ask her! | 9/1/16 |

**SUPERINTENDENT RESPONSE**

The Grievance Office has received your complaint regarding Chaplain Murphy. You state that your discussion with the Volunteer in Corrections (VIC) seeking to fill an available opening in the chapel schedule was a protected private and protected conversation between you and the VIC, and Chaplain Murphy forced you to tell him what the conversation was. You state that you have been removed from the choir three times for reasons you do not agree with. Lastly, you claim that other staff have witnessed Chaplain Murphy scream at you.

I have reviewed your complaint and all pertinent information relating to your complaint. I find that the Informal Resolution Request adequately addressed your issue. Regarding your assertion that staff have witnessed Chaplain Murphy scream at you; all staff you list as witnesses to this event deny that they witnessed any such event. IAC Simpson also refutes your claims as well.

(CONTINUED NEXT PAGE)

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| Warden | 10/26/16 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3377 (12-04)



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| Ccc-16-569 | CCC 16-569 | 9-6-16 |

### INSTITUTION USE ONLY

| OFFENDER LAST NAME          FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|
| Young.  Cindy | 87556 | 5 | | CCC |

### OFFENDER GRIEVANCE/REQUEST

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

### SUPERINTENDENT RESPONSE

Your conversation with the VIC was not a private religious conversation; you were attempting to manipulate in order to get the VIC that you wanted to conduct the open service. Your conversation with the VIC created false expectations and caused them to seek out the Chaplain in order to try to obtain the open service, intentionally creating conflict and confusion. It is the responsibility of the Chaplain to find VIC's and as General Christian covers several denominations; they must have a variety of volunteers to cover more than one type of service. The Chaplain asked for input from offenders; he did not, however, give you or any other offender with authority to try to schedule services. You were specifically directed not to. Because your actions undermined the direction and duties of the Chaplain, you have been suspended from the choir for 6 months.

Choir membership comes with certain expectations, set forth in the choir agreement and as directed by the Chaplain. When you violated those expectations and the direction of the Chaplain, you were removed. You may reapply at the discretion of the Chaplain.

Grievance denied.

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| | 10/21/16 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☐ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3377 (12-04)

Although I have continued by my IRR process to show I continue to have ongoing issues with this staff members direct intent of dis- criminatory mistreatment concerning a vital part of my religious practices. Even though the fourteenth amendment to the constitution guarantees everyone "equal protection of the law" The "Chaplain" continues to invent non DOC forms with his own loopholes and forced coerciveness in otherwise normal admitance to a non elective, free time activity. I was threatened with an unwritten policy (one of many made up ones) where I had a brief discussion with a licenced clergy (VIC which in a court of law is deemed private and confidential every where else in the United States of America. Yet "Chaplain" Murphy <u>forced</u> me to tell him what I said to this licenced clergy and in fact did so with another offender and under direct threat of VIP status removal had this clergy and his wife write a letter(s) stating my <u>protected</u> converstation. Then removed me from chior which is

right to exercise all parts of my religion praise and worship as directed by God in His Holy Bible and I have followed all requirements just as all the other chior members Have except he refuses to allow me to be in CCC's chior.

☆ Call:   Mr. Jarvis COI
          Sandra Jones 8c
          Esther Wadley 8
          Debra Tullis
          Previous IRR's Reguarding Murphy

additional witnesses    Vicki Sears  5A
   ask her to relay her funeral DVD experience

Mr. Dysert COI   Rec officers
Mr. Alexander COI  head him scream at me. Had to call me out to my work(job saw me crying. upset and was in the door way of the IAC area when Mr. Jarvis COI came from the Barber Shop to witness this and came to see me 2 days later to check on my mental + emotional condition.

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

| INSTITUTION USE ONLY | ☐ EMERGENCY COMPLAINT |

| OFFENDER NAME | DOC NUMBER |
|---|---|
| YOUNG, CINDY | 87556 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 11-14-2017 | CCC-17-905 | 6-PROPERTY | 7A2020 |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

To receive my fundraiser makeup item I was unable to pickup with my other Fundraisers on Friday Oct 27th 2017 when I came to Canteen when my house was called—

**STATE YOUR PROBLEM BRIEFLY**

The window where Makeup + Laundry Time is handled in Canteen was unoccupied/closed. When I arrived with my house when we were called. I then ask for a resolution or idea from the cci Anderson stating "no one is at the window for me to pick up my fundraise item" (He was also not the regular officer) so he told me he had "no idea", I stated also that I had to work at the next pickup time - he had no statement + only made a jester with his shoulders + hands, cont. on next page.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I would like my makeup eye shadow that costs $6.69. I showed up on the time schedule, but couldn't get it. I saw Ms Simpson IAC who said "I was Beat" She would not allow me to explain. Mr. McDaniel was present. She was rude

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

IS REQUESTING TO RECEIVE FUNDRAISER EYE SHADOW MAKE-UP
SHE WAS NOT ABLE TO GET THROUGH NO FAULT OF HER
OWN
WANTS TO CONTINUE WITH COMPLAINT

| ☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☒ IRR NOT RESOLVED BY DISCUSSION | |
|---|---|---|
| OFFENDER SIGNATURE _Cindy Young_ | DATE 11/14/17 | |
| STAFF SIGNATURE _Guy Anderson, CCMII_ | DATE 11-14-2017 | |

**STAFF FINDINGS/RESPONSE**

RESPONSE: Your IRR has been received and reviewed. You state you were not able to pick up a fundraiser make-up item(eye shadow) due to there not being a person at the window to give it to you. You feel that since you did not get the item through no fault of your own, you should have been allowed to received the item.

Continued on next page.

| INVESTIGATING STAFF SIGNATURE _Guy Anderson CCMII_ | DATE 12-13-17 | RESPONDENT SIGNATURE _Lori Parley Fum 41838_ | DATE 12/13/17 |
|---|---|---|---|
| REVIEWER SIGNATURE _Paul Drake Acting AW_ | DATE 12-13-17 | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|

MO 931-3376 (12-04)

IRR LOG NUMBER: CCC-17-905

OFFENDER NAME:Young, Cindy #87556

   No verifiable evidence was found during the investigation into your complaint to substantiate your claim that you were not given the make-up through no fault of your own.  Documentation indicates you had every opportunity to retrieve the make-up because you were in the area and had picked up other fundraiser items being delivered during the same time frame. Policy IS9-1.2 Operation and Management of Offender Organizations clearly states, "If an offender is unable to pick up an item purchased as a fundraiser for any reason, the item will be disposed of and funds considered to be a donation.  As such, no further action is needed.

**RECOMMENDATION:  IRR Denied.**

I had a scheduled attorney call + a meeting right after (after the call) in Mr. Anderson's office, then when I went to my room to put up my legal work there was a situation regarding a sudden move, so I returned to Mr Anderson's office to get clairification on the situation at hand. But I went directly up to Canteen within a 10 min. window of our houses call out for Fundraiser Pick-up for my items. Others were still in canteen + most were returning, no other house had arrived yet. I came on work at 2:55 as usual.

Monday I returned to Canteen to pick up my item that the window was closed for on Friday. I was told to "go see IAC Ms Simpson." She was there but not seeing anyone. So I returned on Tuesday. I was ask to sign up for a docket call. I did. Later that day while I was on the house Ms Simpson called me up to see her. I was ask "What do You Want?" I explained or tried too. I was cut off + said "you aren't getting it." I said "Really" I thought she was maybe teasing. She explained "You don't get them on the day you lose it." I tried to explain what had occured. She cut me off. Much like she had done just weeks before when I was dropped from her dockets for SFTS and she told me I was not going to the Banquet in Aug. Then I had to write

Mrs. Herring to be included and finally I was allowed to attend and purchase a ticket.

So this time she said: "You're Beat" I repeated it. Mr. McDaniels watching + listening as she said "Yeah, your Beat", "I don't do that for anyone." I said. I had a good reason + no one was at the window. I had an actual appointments. She said "There was somebody at the window". I said "no Ms Simpson I promise there wasn't" She said " You're not getting it, if I let you Id have to let everyone and I don't". I knowing otherwise then said "Yes you do I even have names of ones you have given their items too who just got out of the hole + I was at canteen trying to get my eye shawdow" she said again "You're not getting it". So I left. I then on Wed afternoon saw Mr. Anderson we went over my time frame window of when I left after seeing him once my attorney call was completed and the issue I returned to his office about + my leaving to go to fundraiser then my having to do my job detail during the next/last pickup for the day. He e-mailed Ms Simpson on my behalf, then later Ms. Herring due to the inability to resolve this with Ms Simpson.

I also feel that this could very well be a form

of "retaliation" due to my bunkie/roommate being moved out of the room. Ms Simpson has been upset because of the CDV she wrote her Crystal German and how unfair that was and the harm it caused her children on a visit. I was thrown into all that and teasingly labled as Ms German's attorney on her IRR process against Ms Simpson. When in fact Ms German wrote & filed her IRR completely by herself. Because Ms Simpson threatened to take her out of the group.

Also too. during the SFTS Banquet. Ms Simpson without any of our knowledge invited Chaplian Murphy to eat free at our Banquet when one of the women who decorated & set up was sent away because she could not purchase a ticket. I thought it up fair and several of us at this non-christian event was thrown into surprise that she would have him there when so many of us has experienced direct harm or unfairness by him in the spiritual position he currently holds. None of us were happy plus $14.25 is an expensive price & he was not invited yet She brought him without realizing what a negative effect he has on us as a coordanator of spiritual services.

So, I feel this eye make-up ordeal is in

direct or indirect "pay-back".

She has been very hard to get along with
lately. and has had issues with several
of us. ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
~~XXXXXXXXX~~
Let me just stop there.
I would appreciate my fundraiser being
given to me because I was at Fundraiser
pickup + picked up 2 chicken wings and
frozen vegetables.
The TV ch 3 states that if you have
any appointments to pick up on a regular
time to make arrangements or let her know.
I was ~~on~~ on the docket for the attorney
call and I showed her, Mr Anderson e-mailed
her and nothing we have been able to
arrange has been accepted so I have no
other recourse but to file this IER-

Thank you,
Cindy Young
7A Rm 202
87556

## SFTS Banquet

Aug 24th Murphy attended and ate a catered meal for free that the attended offenders paid for. $14.00 each He ate for free.

Prior to that we had a Canteen Feast that was purchased out of our Canteen and all the food belonging to us and paid for by us was eaten by Murphy. Since when can a staff member or officer eat food that belongs to an offender?

Our yearly Christian Banquet is in April around Easter. So Murphy delayed it without telling us. Counted the busy time of softball, volleyball etc. So we would have low attendance numbers and hardly anyone would qualify according to those attendance records. By changing it to Dec. several VIC's couldnt attend due to the holiday conflicts. Then he picked and chose who would attend anyway Placing offenders on the list who didnt qualify + left others off who did

(2)    he made sure to dispose of sign-in
sheets for instance: 7/30 had no sign-in
sheet mandatory for VIC's to sign yet no
VIC proof was found.
People who had visits on Sunday morning
were not excused.

Others that were counted was the 1st
Sunday of each month where he forced
us to come hear him ~~Beach~~. He blocked
that 1st Sunday and took open door
+ regular work hours off so he could
get paid to preach when several diffrent
churches + groups wanted that spot
~~Many~~ times he canceled or did a no show
when weekend groups wanted to do
the service.
We had 2 services this year one
out door event that no-one signed in
on for Bill Bass Ministries

He tried to force us to attend his
monthly services 7/2, 8/6, 9/3, etc.

On 12/9/14 I filed an IER# CCC-14-770 4-Harassment. It was "investigated" by Ms Pfeifer and read by our warden who I believe passed it to Ms Pfeifer. The Harassment and Bullying and profiling continues. I'm sure I now need to seek outside intervention as I spoke of in my previous IER's which continue to fail to correct the many on-going situations that Chaplain Murphy continues to single me out and combined with this facilities unwillingness to act on has now become irreconcilable therefore I will now seek an attorney with knowledge of my prisoners rights and constitutional law and ask him to help the christian population in a class action in stopping this facility and Chaplain" Murphy from disregarding our rights per CCC's own policy's starting with:

1. SOP States: <u>All</u> religious services be led by a <u>non-</u>prisoner religious leader <u>OTHER</u> than staff. a VIC status person from the outside <u>Not</u> the Chaplain. His duties are outlined in definition in 1517-1.1 Religious Spiritual Programming

2. For the past several months our church calander has been approved and signed off on with all

religious services. But Murphy comes in on the first Sunday service with out approval and preaches or lets no service at all be held. No one has approved him to do this. He also takes off during the week so as to account or save his paid hours to come on Sundays and ~~pays~~ gets paid for forcing us against our will or know he is "preaching". He even says He doesn't tell us because, "He thinks we wouldn't come"....

We have a Primary VIC/church Cornerstone who wants to come and fill that opening left by the Blazes departure <u>months</u> ago. And our 3rd Sunday Pastor who some of us let know that 1st Sunday is now open and they could ask for it.

When I did that in an open conversation one Sunday morning in passing I was called into Murphy's office and restricted from being in the Chior. This has been my 3rd <u>unauthorised</u> saction in a row to keep me out of the Chior. When there is no SOP or Correctional rules that allow for him to do this. I am allowed to speak to any VIC especially a licensed pastor my conversation with an actual pastor or clergy is private and

(2) confidential unless I am claiming harm to myself
or others as an institutional risk—

Yet Mr Murphy went on a witch hunt interviewing
me + Ms Tullis 7B to ask us and make us discuss
our conversation with that pastor. He even went
so far as to make the pastor and his wife write
a letter which (he) Murphy then threatened me with
and a CDV weeks later and said he almost didnt
let me attend Kirios and will not let me attend
the Rec Weekend. He also scrutinized my talk
and criticised my level of faith and christian
walk regarding the event that he was not any part
of. Yet the Kirios International and Regional
officers were at our last day to interview and
observe and ask us about the "chaplain" due
to his attempt to cancel his earlier tries and
noted anger when he purposefully de-railed #7
until Kirios Internationals home office stepped
in. Yet he was there to use what I said
regard what I witnessed in our group and
how touched I was by the weekend. He
threw all I said in private with our group
up to me in a "meeting" in his office
The rest of this mans behavior is in
my previously filed IRR's CCC 12-432,
CCC-14-770, CCC-14-733, CCC, notes to the

warden, CCC's Investigation Units which I have copies of each one.

This mans job is to supervise all faiths + events and to operate within the guidelines set out by the Adult Correctional (Mo) rules Not to make up his own. Certianly not to preach!

He is annoying Not annointed!

He excludes countless women from events and venues or blocks us from praise + worship, chior, attending certian banquets. of being a greeter, an usher, etc.

He comes into the prison before 8am and has his free breakfast and spends (uses) hours prior to any movement. Yet he rarely has open door hours or uses them to get his "work" done he says and leaves early or comes in/clocks in to preach and gets paid for it! He refuses to hand out Bibles or visit regularly to Ad-seg which is one of his duties.

This is half of whats wrong the other things I will leave to my four attorneys If this cant be resolved this time. Whats really sad is that This man brags that he is the highest paid chaplain in the Missouri Prisons!

On Nov 4th at 8:30 am, I was pulled to the side by activity chaplin Murphy. I was told that this wasn't the job for me because I asked why monthly reports didn't match with the paperwork we had filed, (He said it wasn't for me) to understand and the process was how they've always done it.) I then asked for the proper paperwork to fill out for missing books that weren't on the shelf or documented as lost. (He said that wasn't important right now. We had other things to work on.) He then began downplaying my computer skills. I told ~~crossed out~~ him I've been incarcerated for 7+ years and I just needed to be refreshed. Four days of

Teo left a job her persnedher Simpson

training isn't enough
time for anyone to
learn everything
especially when you're
being trained improperly.
(He said he didn't have
time and that maybe
he should just hire
someone fresh out of
the computer skills
class.) I told him I
basically taught myself
by just watching the
old clerk and refreshed
my own computer skills,
But what I don't under-
stand is, now that I
have the duties in tact
within the 5 or 6 days
I've worked for him
period, why would he
still want to release
me. I asked if it was
because of a conversation
he had w/ another inmate
and the old clerk wanting

her job back. He cut the discussion off and said he was done talking about it and that was it.

I began employment Oct. 13th, 2017. Employment ended Nov. 4th. Within that time frame I trained for 4 days and worked alone for 2 days because ~~on~~ On numerous occasions he would shut the chapel down for ~~reason~~ reason unknown, (I was told by the OKI clerk to never ask questions about it), and he also took a week vacation, (not including the weekends).

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | DOC NUMBER |
|---|---|
| YOUNG, CINDY | 87556 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 10-22-14 | CCC-14-770 | #4-HARASSMENT | 5B111D |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

#1 Not allowed to rejoin the chior, or attend any christian event, or special retreat or event. Get my Porter Job back.

**STATE YOUR PROBLEM BRIEFLY**

See attached discription and obtain and attach the letter I sent the new warden detailing this 3½ yr(+) saga concerning the church, chapel, chaplain Mercer, Murphy & IAC Dooley to this IRR!

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING** — Offender

Return to chior as McDonald (see attachment) was allowed. For the return of my Porter Job, For Return and admittance to Christian Banquets, events & Weekend Recs & a Kirios intervieu

STAFF USE ONLY

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)** and accepted nominations.

WANTS TO BE ABLE TO RETURN TO CHOIR  _and I can be baptists_
CDV'S BEING ADDRESSED IN PREVIOUSLY FILED IRR'S
WANTS CHAPLAIN TO ~~STOP~~ TREAT HER SAME AS EVERYONE ELSE
WANTS TO BE INCLUDED IN THINGS SHE'S ELIGIBLE FOR

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN  ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| Cindy Young | 10/24/14 | Eric Anderson, CCMII | 10-24-14 |

**STAFF FINDINGS/RESPONSE**

Your IRR has been received and reviewed. You indicate the Chaplain has discriminated against you by not allowing you to be involved in the choir, causing you to lose your porter job, not baptizing you, and not allowing you to participate in other group activities. You are requesting to be included in the things you are eligible for like everyone else. According to documentation, you are able to attend an event for which you qualify, have met the requirements, or have been chosen. It appears that your behaviors and/or failure to comply with instructions have resulted in you not being permitted to be involved in the activities you mention in your complaint. No verifiable information has been presented to substantiate your claims. It appears that policy D2-11.10 Staff Member Conduct is being adhered to. Therefore, no further action is warranted at this time.
RECOMENDATION: IRR Denied.

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| T. Still CCMI | 11-26-14 | Rose Derrickson | 12-2-14 |

| REVIEWER SIGNATURE | DATE | RESULTS |
|---|---|---|
| | 12-3-14 | ☐ SATISFACTORY  ☐ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3376 (12-04)

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| CCC-14-734 | CCC-14-734 | 11/22/14 |

**INSTITUTION USE ONLY**  ☐ EMERGENCY GRIEVANCE   ☐ NON-GRIEVABLE ISSUE

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| YOUNG, | CINDY | 87556 | 5B | 111D | CCC |

**OFFENDER GRIEVANCE/REQUEST**

I've experienced a constant attitude of rudeness during this entire process. So much so that I was forced as the last recourse to write directly to the Warden herself. ✱Please attach all copies of those letters currently in Ms Feltons possession as a reflection and proof of my treatment during this IRR process. I have also not been able to resolve other issues because of the unprofessionalism occurring with Staff on F-wing.

This has all occured due to two offenders giving False information to Chaplain Murphy. And his ongoing vindeta against me, as I have outlined in depth in these two now three grievances. Ms Dooley as well Now its compiled with actual situations. I saw first hand with the staff on F wing on 5 House & my current living conditions on this win I continue to ask for actions I've outlined, and remdies I am seeking.

**OFFENDER SIGNATURE** Cindy Young

**DATE** 11/14/14

**SUPERINTENDENT RESPONSE**

The Grievance office has received your complaint in which you are requesting the conduct violation you received on September 12, 2014 for 19.1 Creating a Disturbance be dismissed and expunged from your record.  you allege you received the above noted conduct violation as a result of two offenders who were covering up a situation they created prior to a RECFellowship Weekend.

I have reviewed your complaint and allpertinent information and find documentation indicates on September 12, 2014 you approached Pat Ohnemus,Volunteer and began making accusatory statements concerning the Rec Program and the Chaplains office.  Additionally, you were informing Roy Skinner, Volunteer that the Rec Participants were "hand picked" for the Rec Weekend.  You had been warned on previous occasions concerning your behavior in the Chapel area. I find the violation was appropriately issued and you received due process on such with no noted errors.

Grievance denied.

| SUPERINTENDENT/SECTION HEAD | DATE |
|---|---|
| (signature) | 1-12-15 |

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within five (5) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION          ☑ I APPEAL THIS DECISION

| OFFENDER SIGNATURE | DATE |
|---|---|
| Cindy Young | 1/16/15 |

MO 931-3377 (2-00)

Action Requested cont. And for the two offenders who gave False information to Mr Murphy to be reprimended and to see why, 2 offenders info was taken as creditable to begin with that caused the CDV! and removal of CDVs

Mr. Murphy wrote a CDV, 19.1 creating because I answered back, having been spoken to <u>first</u> by VIC's outside the chapel area in the hallway. (review Video)

The occurance was originally generated by two offenders who had "rigged" the choosing of REC weekend attendees, they were fearful I would alert the VIC's, etc of what they had done. I have IRR'ed this, as I was taken to ad-seg and consequently removed from the honor wing due to the incendent and circumstances.

I went to church upon my release and was approached by the chior director who explained that I could not come to chior practice until I had spoken to Mr. Murphy. I then tried to do so, on several ocassions, he told me out in the hallway in front of CO I Alexander that I would have to wait until Tue Oct 21st. I explained I felt I was being <u>double</u> sactioned and I felt this was unfair.

I went to see him on this day. Was forced to wait 45 mins and the CO I Dycert (✱) stepped in and was told he could not be present yet IAC Pollard and IAC Doley were summoned by Mr. Murphy and

all offenders and workers were told to leave the area for 15 mins.

I was told I would not be coming back to the chior. That I broke my "contract" (I ask for a copy and was denied) he <sup>in front of his witnesses</sup> also said I had tried to force my way into the chior on three ocassions. He said others (he would not name) told him that. I was allowed to assure him that was not true and that I mearly told Sandra Jones that I still had not seen him. She is the director & I felt since I do not see her on a daily basic I should keep her informed. He would not say who gave him the false information.

I also know that another Chior member was in the hole for creating & bullying for 70 days and was able to return back to the chior that same week she was let out of the hole. So this is a direct aim at me, to keep me out of the chior. Just as he continues to keep me out of all events, Kirios, Rec weekends (8-10) the Christian Banquet, He removed me from the position of decorating for all Christian events, banquets and themed events.

this has been on-going since 2011. I continue to file IRR's one that seems to have gotten lost by (Mrs Richie on 7-House (on the 2nd level stage...)

I have also been accused of attending (Monday night services / bible studies to set with a friend (who he also does not like) and he wrote her up too. <u>Because</u> she filed an IRR on the on-going issues. (I wrote the new warden a detailed outline 18 pages) which I would now request be attached to this IRR. (Mr Carr Capt as my witness)

It reflects (Mr. Murphy got me moved from the south end of the chapel hallway where I was a porter, simply for Captian Carr ↑ because I could see him visiting (one on one with his select offenders) and see him visit one in the barber shop. Then after some time he employed (Mr Morgan to fire me from the captians office where I'd been "re-assigned" for quite awhile this happened because I saw couples in the banquet room & chapel & Reva Francis keeping watch for the officers. This

Captian Carr was my boss but was not even contacted >

(all the while she was stealing supplies, etc) She's his porter too —

(I was her room mate at the time and saw first hand what she was stealing & selling from the chapel) was the <u>same</u> type of issues we had all previously endured before Chaplain Mercer was fired.

IAC Dooley & Chaplain Murphy did not approved of my alerting authority of this & he being fired. And the two of them continue to exclude me from IAC groups and events and anything church related to date. Now I've been removed. yet Offender S. McDonald spent 70 days in the hole for Bullying and creating and was allowed to return the same week she was released from ad-seg/dis-seg and was not suspended. I need outside intervention or some one to look into this from an unbias association or group, from the outside. If this is not able to be corrected and straightened out. This is unfair. And has been ongoing for well over 3½ years. I've done nothing to deserve or warrant this type of exclusion by Ms Dooley and Mr. Murphy. simply because I told on the former Chaplain and on Captian Dhol who was fired for the same type

of behavior. When does all this ever end?
I also have not received any word
from the wardens office from my response
to the CDV & this situation and its
been 5 weeks now.
   And now Im not allowed to sing
in the chior. Sandra Jones approached
me first at church and said she
would like me back in the chior and
that she had told the Chaplain that
and she was told to tell me I need
to see him first. I followed "his
protacal" and kept Ms Jones our
chior director advised. I never attempt-
ed to re-join the group as he stated
today at our meeting. That is a lie.
Just as most of what Chaplain Murphy
listens to from other inmates which
got me the CDV to start with by
the two offenders who covered (attempted
to cover up) the choosing of attendees.
I simply said when ask <u>first</u> what
truly had occured.
   I have dropped numerous notes and
signed requests to be baptisted and

none of us have had one request to do this.

None have been done since he has come on board to be the "chaplain."

During our brief meeting and in the presence of IAC Pollard/Simpson & Dooley Mr. Murphy was visibly angry and stated one of the reasons he would not allow me back into Choir was that I have told "things" to "others" that were lies. In reality there have been changes implemented and percautions now being taken to correct and monitor and hopefully stop all the vast array of seedy + disrespectful behavior and conduct in the chapel, office and ajoining areas of the Spiritual area all being addressed no doubt by the new Warden and my 18 page letter So I'm being punished for his behavior. All the more reason I again request that a copy of that letter be included in this IRR.

He is going to stop ostersizing me in the only church I have. Hopefully with out outside intervention. So is Ms Dooly his co-partner in all of this and Stand for the Silent that IRR is to follow

4.

Now today Oct 22, 2014 as I file this.
I feel that Ms. Felton the Fum and my
caseworker Mr. Anderson are upset by
the information in the IRR I filed
two weeks ago over all this.
 As another incendent has now occured
I'm not exactly sure but there is
some type of upset that or when I
was moved here off the honor wing
because of all this, this wing was
fifthy and I expressed concern for
my living enviorment and wrote on the
dorm council questcons I was then
confronted days later by two officers
and I told them the same and also
that I was helping the dorm tenders
and had no problem cleaning.
 Maybe thats where all this upset is
coming from, I'm not sure.
 But its all stemmed from this CDV
from Mr. Murphy. I'd still be on 7-B
I did not do anything to those VIC's
unapproately or out of line per policy.
I simply spoke a response to their
questions as to why I wasn't on the

Rec Weekend. Two offenders gave false information added to the fact that Mr. Murphy was looking for a way to banish me further from the church and church events and activities due to a grudge from my part in the investigation of Kent Mercer. Who was caught with an offender in the locked chapel. Ms Dooley & Mr Murphy have joined forces to banish me from anything they are in control of, to "teach me a lesson" + to keep me from reporting what they are currently allowing their choice + group, "click" offenders. That I have exposed numerous times and will continue to.

And now it seems that because I want a certian standard of clean on or where ever I live its a problem as well and I'm not certian what I could do other than my only right to fill IRR's as these situations unfold.

Signed, Cindy Young
5-B